| | | |
|---|---|---|
| HERO LANDS COMPANY, L.L.C. | * | NO. 2022-CA-0224 |
| | * | COURT OF APPEAL |
| VERSUS | | |
| | * | FOURTH CIRCUIT |
| CHEVRON U.S.A. INC.; TOTAL PETROCHEMICALS & REFINING USA, INC.; PIONEER NATURAL RESOURCES, INC.; KEY OPERATING & PRODUCTION COMPANY, L.L.C.; KEY EXPLORATION COMPANY; WAGNER OIL COMPANY; HILCORP ENERGY I, L.P.; MANTI OPERATING COMPANY; AND HENDERSON OIL COMPANY, INC. | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| | * * * * * * * | |

*SCJ*

**JENKINS, J., CONCURS IN THE RESULT**